**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7004**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

ANTAR S. SEABROOKS,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:07-cr-00014-REP-1)

———————

Submitted: June 27, 2013            Decided: July 5, 2013

———————

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Antar S. Seabrooks, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antar S. Seabrooks appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Seabrooks, No. 3:07-cr-00014-REP-1 (E.D. Va. May 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted Seabrooks § 3582 relief, the reduction granted by the court did not reduce his sentence to the full extent requested.